## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **FRESH TEXAS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action File No: _____** |
| | § | |
| | § | |
| **APTEAN, INC. and** | § | |
| **INDUSTRYBUILT** | § | |
| **SOFTWARE, LTD.** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF FRESH TEXAS LLC'S COMPLAINT

**TO THE HONORABLE COURT:**

Fresh Texas, LLC, Plaintiff, complains of Aptean, Inc. and IndustryBuilt Software Ltd., Defendants, and alleges the following:

### Parties

1.     Plaintiff Fresh Texas, LLC. ("Fresh Texas") is a Foreign For-Profit Corporation registered to do business in the State of Texas with its principal office and principal place of business located at 3602 Highpoint, San Antonio, TX 78217.

2.     Defendant Aptean, Inc. ("Aptean"), is a Foreign For-Profit Corporation organized under the laws of the State of Delaware with its principal office located at

1

4325 Alexander Drive, Suite 100, Alpharetta, GA, 30022 and may be served with process via its registered agent for service, Corporation Service Company, located at 2 Sun Court Suite 400, Peachtree Corners, GA, 30092.

3.     Defendant IndustryBuilt Software, Ltd ("IndustryBuilt") is a Foreign For-Profit Corporation organized under the laws of the State of Delaware with its principal office located in Delaware and may be served with process via its registered agent for service, Corporation Service Company, located at 251 Little Falls Drive, Wilmington, Delaware, 19808.   IndustryBuilt is a wholly owned subsidiary of Aptean.

## Jurisdiction

4.     This court has jurisdiction of this action pursuant to 28 U.S.C. §. 1332(a), because there is diversity of citizenship between Plaintiff and Defendant, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

5.     Defendant Aptean's principal office is located within this state at 4325 Alexander Drive, Suite 100, Alpharetta, GA, 30022. This Court therefore may exercise jurisdiction over Defendant Aptean. Further, in the applicable agreements between the parties, Aptean agreed and consented to the exclusive jurisdiction of this Court.

6.     Defendant IndustryBuilt is a Delaware entity that consented to the

2

exclusive jurisdiction of this Court for any dispute arising out of or relating to the agreements between the parties. Therefore, this Court may exercise jurisdiction over Defendant IndustryBuilt.

## Nature of Action

7.     This is a dispute over Aptean's, and its wholly-owned subsidiary, IndsutryBuilt's failure to perform, failure to provide services and products, and failure to remedy issues under a software development agreement. Fresh Texas is damaged by Aptean's failure to properly and timely manage the project, and ultimately, its failure to provide the service and product paid for by Fresh Texas. Fresh Texas engaged Aptean to develop software to manage Fresh Texas financial systems, inventory controls, manufacturing controls and other internal processes. After unreasonable delays, product failures, and Aptean's failure and unwillingness to remedy the software's shortcomings, Fresh Texas timely terminated its business relationship with Aptean and ceased all attempts to utilize Aptean's poorly-developed, poorly-supported and unreliable software. Nevertheless, Aptean continues to invoice thousands of dollars to Fresh Texas for services and products it failed to deliver. Fresh Texas seeks to recover damages from Aptean for its failure to deliver services and products.

## Facts

8.      Aptean advertises its JustFood Software, an Enterprise Resource Planning ("ERP") software, as a platform designed to strike a middle ground between large commercial ERP systems and smaller systems.  Enterprise Resource Planning is a type of software that organizations use to manage day-to-day business activities such as accounting, procurement, project management, risk management and compliance, and supply chain operations. At its core, an ERP is purposed to automate business processes and provide insight into internal controls by collecting inputs from various departments within the user company. Said plainly, the software is intended to simplify, not complicate. Aptean boasts its food and beverage ERP utilizes client data to create a platform to maximize visibility into costs, inventory levels, reduces waste and ensures quality consistency.

9.      Fresh Texas is a manufacturing company in the business of preparing and delivering high-quality fresh fruit and vegetable products to its customers. Located in San Antonio, Texas, with an additional location in Austin, Texas, Fresh Texas takes pride in over four decades of providing customized, hand-trimmed, and inspected produce and meal solutions shipped directly to its business customers. In or around March 2021, Fresh Texas sought to streamline its internal processes by integrating ERP software specifically developed and engineered to fit Fresh Texas'

4

fresh food/produce business model and customer needs.

### A. Aptean Represents It Will Deliver Certain Features

10.     Aptean promised to be able to create a "feature-rich ERP" that is "tailored to raise performance throughout [Fresh Texas'] entire food or beverage business."  Aptean promised its software would have features that enable food manufacturing companies, like Fresh Texas, to combine their ERP programs into a single cloud-based system that promotes fluid workflow between departments and increases efficiency.

11.     Among the material features most appealing to Fresh Texas was Aptean's professed ability to provide its platform in both English and Spanish. As a company based and operated in San Antonio and Austin, Texas, Fresh Texas made no secret that Spanish language capabilities within the ERP is essential to its business. Aptean assured Fresh Texas it would integrate Spanish language capabilities into the software.

12.     Each material representation by Aptean was intended to induce and did induce Fresh Texas to enter into contract with Aptean for the development of a Fresh Texas-specific ERP.

### B. Fresh Texas and Aptean Contract for ERP Development

13.     On or about March 31, 2021, Fresh Texas entered into contract with

Aptean and IndustryBuilt for the development of ERP software. The Parties executed an Order Form to memorialize their agreement. *See* Exh. '<u>A</u>', a true and correct copy of the Order Form by and between Aptean, IndustryBuilt and Fresh Texas, LLC (the "Agreement").

14. Aptean estimated a project timeline requiring approximately 1,706 hours of work to develop and implement Fresh Texas' JustFood Software system. Further, throughout the sales pitch process, Aptean consistently represented to Fresh Texas that its software implementation process would "go-live" within a six-month timeline. Fresh Texas expected and relied on Aptean to stick to this timeline and provide a "go-live" date of November 1, 2021 (seven months from sign date, to provide a thirty-day cushion). Fresh Texas, in turn, communicated the November 1, 2021 date was a critical deadline to meet because November 1, 2021 was the last day Fresh Texas could properly integrate the software into its business model given the imminent high volume and seasonality of their business.

### C. Immediate Project Management Overhaul

15. As soon as the parties signed the Agreement, Fresh Texas experienced delays and frustrations and unmet deliverables.

16. On April 27, a full month after the Agreement was signed, Aptean finally introduced Fresh Texas to a project management team led by Richard Sides.

The project management team were to be Fresh Texas' point of contact for the project. At no point during the sales cycle did Aptean state that third party vendors would be utilized.  All discussions focused on the quality and availability of the Aptean resources to support the project.  In fact, on August 19, 2020, during the sales cycle, Aptean responded to Fresh Texas' request for information on their staffing with an e-mail confirming "One additional question that I heard was the size of our implementation team.  In North America, we have 80 Food industry consultants along with a team of 20 support personnel.  We also have a customer success function dedicated to our North America Food industry customers.  Well over 100 industry experts dedicated to your industry and your success."

17.    On May 3, 2021, less than one week after the project kick off and less than two months after signing the agreement to begin the project, Aptean informed Fresh Texas that Richard Sides and his team were actually third-party vendors and had recused themselves due to a conflict of interest. The conflict of interest and the sudden disbanding of the project management team stalled the project's momentum. Fresh Texas immediately communicated dissatisfaction and demanded Aptean put in place the necessary framework to get the project back on track.

18.    Although Aptean did eventually replace Richard Sides with a new project manager, throughout the duration of the Project, Aptean was unable to

consistently devote resources and personnel to properly staff the Project. From May of 2021 through November 2021, Aptean replaced the project manager five times leading to inconsistencies and slow progress.

### D. Aptean's Delays and Failures Derail the Project

19.     Despite Fresh Texas' best efforts to work with Aptean and IndustryBuilt to get the project back on course, the sudden disbanding of the project team was only the beginning of a series of crippling delays and a frustrating display of lack of attention to the development project.

### i. Delayed kickoff and Missed Deadlines

20.     Fresh Texas and Aptean were scheduled to hold a kickoff event to celebrate the beginning of the planned working relationship. As a result of the disbanded project development team, the kickoff event was delayed from May 1, 2021 to May 25, 2021. After the kickoff event, there was not much to celebrate about the business relationship with Aptean.

21.     After the delayed kickoff event, Fresh Texas began receiving invoices from Aptean for the ERP development. The first such invoice arrived on June 1, 2021. The invoices indicate both the amount in fees owed by Fresh Texas as well as the hours logged on the project by Aptean's team. At the inception of the project, Aptean provided Fresh Texas with an estimated number of *total* hours necessary for

Aptean to complete the entire software development project – 1,706.  Thus, both Aptean and Fresh Texas were aware of the total number of hours budgeted as well as the monthly budget necessary to timely complete the project. In order the meet the expected go-live date of November 1, 2021, the Aptean team needed to consistently log monthly hours sufficient to keep the project on track and to meet the final deadline.

22.    Beginning in June 2021, Fresh Texas noticed Aptean's team did not expend sufficient hours on the project to meet the promised deadline of November 2021. In fact, the June 2021 invoice indicated the Aptean team had spent only 12 hours on the estimated 1,706-hour project. A review of the months of May and June 2021 combined invoices revealed the Aptean team spent only 74 hours on the project rather than the 204 hours they should have worked in order to meet budgeted hours for May and June. At that pace, Fresh Texas knew there was little chance the project would be timely completed.

23.    Aptean's delays and failure to devote the appropriate resources to the Project were compounded by the nearly constant turnover in project managers.  After Richard Sides left the Project in early May 2021, on May 4, 2021 Aptean informed Fresh Texas that Sal Reno would be the new project manager moving forward. Sal Reno was involved in the Project for approximately a week before he was replaced

by Shawn O'Banion—a new project manager with little to no experience in managing a project of this scope.

24.     In September 2021, Aptean again twice replaced the project manager overseeing the implementation of the Project. On September 22, 2021 Carlos Henao replaced Mr. O'Banion as the project manager.  Then less than a month later, on October 8, 2021 Judy Bennett replaced Mr. Henao as the project manager. To further compound the issues created by the inconsistent staffing and leadership, on October 26, 2021, Ray Elbegzaya, the last remaining member of the original team, left the Project.  As the only Aptean team member with institutional knowledge of the Aptean's software, the Project and Fresh Texas' needs, it was clear to Fresh Texas that Ray Elbegzay's departure would further derail the Project and create additional delays.

25.     The unacceptable pace of the project put the November 1, 2021 completion date at risk, which, as Fresh Texas communicated during the sales cycle and at the inception of the project, was a deadline of great import. On June 3, 2021, Fresh Texas notified Aptean by telephone of the unacceptable slow work pace. Fresh Texas followed that call with an email on June 4, 2021 outlining the delays and requesting Aptean dedicate the appropriate resources and attention to the project to ensure timely completion.

26.    Nevertheless, subsequent invoices show Aptean failed to dedicate the appropriate manpower to complete the project. By June 25, 2021, as a result of Aptean's delays and lack of resources, Aptean requested and Fresh Texas was forced to stagger the implementation of the software into two phases, rather than a single go-live date. Additionally, Aptean would not be able to support implementation of EDI, pushing this outside the scope of the project. In all, this pushed the final go-live date from November 1, 2021 to December 6, 2021. Already, Aptean's delay was causing substantial disruption to Fresh Texas' work.

27.    Despite efforts to work with the Aptean team, Aptean still failed to commit sufficient resources to keep the project on pace. The July 21, 2021 invoice showed only 127 hours worked, instead of the projected 408 hours. Three months into the project and Aptean was already *281 hours* behind pace. Predictably, on August 5, 2021, Aptean informed Fresh Texas that it would need to delay the training sessions necessary to implement that software because the applications necessary to hold those training sessions were not ready for use.

### ii.    *Series of Failed Conference Room Pilots ("CRP")*

28.    By the end of August 2021, the prospect of Aptean finishing the project on time, even with the extended go-live date, were looking bleak.  As a result of Aptean's lack of progress on the project, Fresh Texas suggested a weekly steering

committee meeting to further engage Aptean's leadership, project development team, keep them on task, and to monitor their progress. Fresh Texas hoped the weekly meeting would increase communications with Aptean and prevent any further delays. Those efforts were unsuccessful.

29.    On September 17, 2021, Fresh Texas and Aptean agreed to proceed with a pilot test – the testing of new software with a group of end-users prior to the deployment of the software in mass production. A pilot test is intended to test the components of a system or the complete system in real-time scenario in order to identify bugs and report back to developers who *should* fix those bugs before the go-live date. Fresh Texas discovered the pilot included few, if any, of the customizations it requested and which Aptean agreed to provide. Chief among the missing features was the Spanish language capabilities, which are critical to Fresh Texas' work. The promise to provide the Spanish language capabilities was the reason Fresh Texas chose to contract with Aptean in the first place. The results of the pilot test were grossly deficient.

30.    As a result, on September 28, 2021, Aptean scheduled two additional pilot test cycles. The second pilot test occurred on October 13, 2021. Shockingly, Aptean had not made much, if any progress at all, on the customizations missing during the first pilot test. The software still did not include Spanish language

functionality.  Fresh Texas provided feedback after the second pilot test indicating the lack of customization and the generally unfinished, unusable product. *See* Exh. '<u>B</u>', correspondence dated October 26, 2021 between Fresh Texas and Aptean.

31.    The third pilot test never occurred. Aptean indefinitely postponed that test, ostensibly, because it could not timely complete enough of the missing components to prepare for the third pilot test. One of the key features of the Aptean software is the Business Analytics.  This product was never able to be accessed by Fresh Texas for testing due to Aptean's failure to be able to properly install a working version of their own software.  Without this critical piece of software, the third pilot was not going to provide any value, nor was the system ready for any full end to end testing which is critical for an ERP go-live to occur.

**E.  Fresh Texas Provides Notice of Discontent and Default.**

32.    As progress slowed on the software development and the delays grew more critical, Fresh Texas penned an email to Aptean on October 7, 2021. *See* Exh. '<u>C</u>', correspondence dated October 7, 2021 between Fresh Texas and Aptean.  The purpose of the October 7 letter was two-fold: (1) to detail the failures which plagued the development project in order to consolidate in one place a list for Aptean's developers to address all outstanding issues, and (2) provide a clear and unequivocal notice to Aptean that it was in default of the Agreement with Fresh Texas and

provide Aptean the opportunity to cure its default.

33.     In the October 7, 2021 email, Fresh Texas identified what it viewed as the five biggest issues with the Project that would prohibit the project from going live by December 6, 2021. The issues were as follows:

   a.   EDI teams' non-responsiveness and failure to complete their portion of the Project

   b.   Complete lack of progress on Fresh Texas' customizations

   c.   Failure to implement the Spanish language capabilities as requested and as promised.

   d.   Missing Critical process documents; and

   e.   Failure to deliver a reporting platform.

34.     Despite the October 7, 2021 email, Aptean and IndustryBuilt made little progress in solving the issues identified by Fresh Texas.

**F.   Fresh Texas Terminates the Agreement**

35.     On November 3, 2021, a little more than a month before the new go-live date, Aptean notified Fresh Texas that its development team needed to perform a significant rework on all customizations. This work would not be done in time to perform the third scheduled pilot testing. Among other customizations, the Spanish language functionality would also not be ready for the third and final pilot test.

36.    Aptean, in effect, notified Fresh Texas the software would not be ready for the go-live date on December 6, 2021. Aptean could not meet its obligation under the Agreement with Fresh Texas.

37.    On November 10, 2021, Fresh Texas terminated the Agreement with Aptean and IndustryBuilt and follow with email correspondence outlining the reasons and terms for termination. *See* Exh. 'D', correspondence dated November 12, 2021 between Fresh Texas and Aptean.

38.    Fresh Texas ceased all attempts to utilize the ERP software as the incomplete software did not meet any of Fresh Texas' business needs.

39.    Since November 10, 2021, Aptean has not provided any additional work on the ERP software program. Nevertheless, Aptean continues to invoice Fresh Texas thousands of dollars for software it did not finish developing and that Fresh Texas cannot use.

**First Claim for Relief:**
**Breach of Contract: Failure to Provide Services and Product**

40.    Fresh Texas incorporates and realleges each and every allegation set forth in each of the preceding paragraphs as if fully set forth herein.

41.    Fresh Texas entered into an agreement with Aptean and IndustryBuilt for the development of the ERP. Each of the written instruments, the Statement of Work and the Order Form are, in concert, valid and enforceable.

42.     Aptean and IndustryBuilt failed to perform their obligations under the Agreement by

        a.     Failing to develop in a timely manner the ERP software

        b.     Failing to meet deadlines to complete the ERP software

        c.     Failing to provide the customizations agreed upon in the ERP

        d.     Failing to provide adequate manpower and resources to complete the ERP

43.     Aptean and IndustryBuilt's failures caused damage to Fresh Texas in an amount within the jurisdictional limits of this Court and for which Fresh Texas seeks monetary redress.

44.     Fresh Texas is entitled to recover these damages from Aptean and IndustryBuilt.

45.     Fresh Texas is also entitled to an award of its attorneys' fees and the costs of this litigation pursuant to O.C.G.A. section 13-6-11 because Aptean and IndustryBuilt haveacted in bad faith, has been stubbornly litigious, and has caused Fresh Texas unnecessary trouble and expense.

**Second Claim for Relief:**
**Violation of GA Fair Business Practices Act**

46.     Fresh Texas incorporates and realleges each and every allegation set

forth in each of the preceding paragraphs as if fully set forth herein.

47.     Aptean and IndustryBuilt violated § 10-1-372 of the Georgia Code in
the following ways:

a.     Passing off goods and services as those of another:
represented that the software development team were employees. However as
soon as Fresh Texas entered into the Agreement w, it was revealed that the
software was to be developed by an outside team.

b.     Representing that goods or services have sponsorship,
approval, characteristics, ingredients, uses, benefits, or quantities that they do
not have or that a person has a sponsorship, approval, status, affiliation, or
connection that it does not have.

c.     Advertising goods or services with intent not to sell them
as advertised.

d.     Representing that goods or services are of a particular
standard, quality, or grade or that goods are of a particular style or model, if
they are of another

48.     Aptean and IndustryBuilt's violations of the Fair Business Practices
Act were a producing cause of damages to Fresh Texas. Such damages exceed
$75,000, exclusive of interest and costs. Fresh Texas is entitled to recover these

17

damages.

49.     Pursuant to the pertinent provisions of the FBPA, Fresh Texas is entitled to recover reasonable attorneys' fees for the services of the undersigned attorneys in the trial court and in the appellate courts, if necessary.

50.     Aptean and IndustryBuilt committed the above violations of the FBPA knowingly. Accordingly, Fresh Texas is entitled to recover treble damages.  All conditions precedent, including notice requirements under the FBPA statute, are satisfied by Fresh Texas.

**Third Claim for Relief:**
**Declaratory Judgment - 28 U.S.C. § 2201(a)**

51.     Fresh Texas incorporates and realleges each and every allegation set forth in each of the preceding paragraphs as if fully set forth herein.

52.     In a case of actual controversy within its jurisdiction, . . . any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such. *See* 28 U.S.C. § 2201(a).

53.     Fresh Texas requests a declaration of this court that (1) its October 7, 2021 correspondence provided adequate notice of default and opportunity to cure,

18

and (2) its November 10, 2021 correspondence was an effective termination of the Agreement, and that is has no continuing obligations to Aptean or IndustryBuilt.

### Prayer

**WHEREFORE, PREMISES CONSIDERED,** Fresh Texas prays for judgment against Aptean and IndustryBuilt for the relief described above and such other relief as may be appropriate under the circumstances.

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

*/s/ Lea C. Dearing*
Lea C. Dearing
Georgia Bar No. 922882
3475 Piedmont Road, N.E.
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
ldearing@bfvlaw.com

Dennis Siaw-Lattey
Texas State Bar No. 24083846
*Pro Hac Vice Pending Submission*
dsiawlattey@munsch.com
Aynsley Young
Texas State Bar No. 24102674
*Pro Hac Vice Pending Submission*
ayoung@munsch.com
MUNSCH HARDT KOPF &
HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500

Facsimile: (214) 855-7584

ATTORNEYS FOR PLAINTIFF
FRESH TEXAS

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULES<br>7.1D AND 5.1B</u>

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

Dated: July 15, 2022

BERMAN FINK VAN HORN P.C.

*/s/ Lea C. Dearing*
Lea C. Dearing
Georgia Bar No. 922882
3475 Piedmont Road, N.E.
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
ldearing@bfvlaw.com

ATTORNEYS FOR PLAINTIFF
FRESH TEXAS